IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

TRANSAM TRUCKING, INC.,

           Plaintiff,

v.                                                   Case No. 14-2015-CM

THE FEDERAL MOTOR CARRIER
SAFETY ADMINISTRATION,

           Defendant.

## AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 38) to amend the scheduling order filed on August 18, 2016 (ECF No. 31). Although the parties seek more than a two-month extension of all remaining deadlines, they specifically note that they do not seek to modify the December 4, 2017 trial setting. The trial setting, however, is tied to the dispositive motion and *Daubert* deadlines, i.e., the court must schedule enough time for such motions to be fully briefed and decided prior to trial. Thus, although the court finds good cause to grant the motion and amend the scheduling order, the extensions granted are shorter than requested to keep the December 4, 2017 trial setting. The scheduling order is amended as follows:

    a.    All discovery shall be commenced or served in time to be completed by **April 14, 2017.**

    b.    Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from

retained experts, are due from plaintiff by **February 16, 2017.** Disclosures and reports by any rebuttal experts are due by **March 16, 2017**.

    c.    The final pretrial conference is rescheduled from March 20, 2017, to **May 1, 2017, at 10:00 a.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **April 21, 2017**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*. It shall be in the form available on the court's website (*www.ksd.uscourts.gov*), and the parties shall affix their signatures according to the procedures governing multiple signatures set forth in paragraphs II(C)(2)(a) & (b) of the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases*.

    d.    The deadline for filing dispositive motions and motions challenging admissibility of expert testimony is **May 12, 2017.**

    e.    The case shall remain set for trial on a trial calendar that will begin on **December 4, 2017.** The trial setting may be changed only by order of the judge presiding over the trial.

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

    IT IS SO ORDERED.

Dated January 3, 2017, at Kansas City, Kansas.

    s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge